JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE COLEMAN AND MICHELLE DEMONT,** ) | Case No. 2:10-cv-06853-AHM (FMOx) |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated:  September 6, 2011.

**JS-6**

_____
The Honorable A. Howard Matz